# EXHIBIT "A"

# EXHIBIT A-1
## (POST NO. 1)

More Fun Only on www.ApnaTalks.com

ONE WAY OR ANOTHER

THE
TRUTH
ALWAYS
COMES
OUT

 

**jenn.angelo** • Follow

**jenn.angelo** There is no excuse or tolerance for the known psychological damages to a child resulting from a father abandoning his child. There is no equivalent substitute for a child's mother or father under any circumstance. Not a step father and certainly not grandparents can fulfill the psychological needs of a child that their own biological parents provide. And as an actual, legitimate good mother and expert on children, as opposed to a self appointed topically uneducated one that plays one on social media for (an unattained) profit, I know all of that psychological information to be true. Two no shows on a paternity test and he's automatically deemed the father on her birth certificate. And for leaving us high and dry for years causing my and my daughter's lives to be ruined, and then now again causing damages while currently also making false allegations and consequently defaming me and my professional reputation throughout my family and my community (which is going to earn him another legal action filed because I'm woman that actually holds significant worth). He WILL pay for his daughter. He WILL be in her life. His wife will NOT. She will never be allowed around Alana. And every one of his family and friends WILL know he has a third child so he can end this charade and stop denying and neglecting her and psychologically scarring her; stop putting her money toward others, and stop ruining my and Alana's life even more than he already has because of his deceit, greed, and unjustified superiority complex.

1 like

MAY 6

Edited • 5w

Add a comment...                    Post

# EXHIBIT A-2
# (POST NO. 2)





I am on this earth for many
reasons...

Being disrespected by you
Is. Not. One. Of. Them.

~Ann Wilkinson

**jenn.angelo** • Follow

 

**jenn.angelo** Sometimes smart people do very stupid things. Abandoning your own child, treating her with interiority, and ignoring U.S. court orders while being provably guilty of having a ten year affair that resulted in a child while living in a country where adultery is a serious crime is a very dumb thing to do. I contacted the U.S. consulate in Dubai. Based on continued abandonment, disrespect, and lack of cooperation, my next email with be to Dubai police with undeniable and voluminous evidence attached. The police can inform his wife. I never will simply because I'm too valuable both as a mother, professionally, and financially to put myself at any sort of risk toward myself and my livelihood for his attempt to backfire that on me. Plus, I doubt she's worth my time. The police can have those honors especially since, that way, he can't try to lie to them and trick them into believing I'm a crazy scam artist that blackmails and stalks him like he would like everyone to believe instead so he appears innocent. But, he's not. There will be no question that I am his daughter's mother that carried on a relationship with him for more than ten years.

Maybe he'll just have to learn the hard way and perhaps while he's in jail, his other children will know what it's like to grow up with no father for three years like his third child does. He will deserve every second of it for what he is putting his third daughter through and I will care just as much as he does while he abandons and neglects her. Not enough to stop and frankly, not at all.

There is no way in this world I'm throwing away all of my value, education, time and money so some worthless woman can steal what my daughter is entitled to from her and everything I worked for, am worth, and my potential from me. He's bringing this on himself and asking for it by being greedy, continuing to neglect and abandon his daughter, and he will have no one to blame but himself. He has every opportunity to willingly support his daughter to her entitlement and if he chooses not to, he will have no one to blame but himself for the consequences he brings upon himself. I really shouldn't even give courtesy of notice.

Try me.

Edited • 4w

1 like
MAY 14

Add a comment...

Post

# EXHIBIT A-3
## (POST NO. 3)

 

**jenn.angelo** · **Follow**

# I keep my hands clean while handling someone dirty.



**jenn.angelo** No matter what.

It's not 1955 anymore. Lies and gaslighting don't work these days. When a man dares to try to further disrespect a woman to try to evade establishing paternity, paying child support, and to try to save the family he destroyed or for any other ridiculous self serving purpose, all a woman has to do is demand intervention from authority and professional evaluation when she's actually the sane and truthful one and the focus and efforts then fall on the obviously guilty man. Welcome to modern America. The land of educated women. I've done it before and I've won it before.

Edited · 3w

♡ ○ ▽

1 like

MAY 18

☺ Add a comment...                                    Post

# EXHIBIT A-4
# (POST NO. 4)



science



**GUFF**
facts

@**FACTS**
*by Guff*

People who constantly post their workouts on social media may be more likely to have ingrained psychological problems. They may also be more likely to be addicted to attention and esteem.



jenn.angelo • **Follow**

jenn.angelo LOL You don't say!

3w

1 like
MAY 21

Add a comment...

Post



# EXHIBIT A-5
# (POST NO. 5)

# HERE'S TO STRONG WOMEN.

## MAY WE KNOW THEM.

## MAY WE BE THEM.

## MAY WE RAISE THEM



**jenn.angelo** · Follow

**jenn.angelo** Women don't get to be this independently successful by allowing other women who don't or can't earn it for themselves to steal it from us. Get it for yourself and LEARN TO LIVE WITHIN THE MEANS YOU EARN FOR YOURSELF. Not from a man or a husband and certainly NOT FROM ME. Because there are beautiful women who have value both financially AND as an excellent mother too, so we don't have any sympathy for women who syphon off of professional mothers generating sustainable incomes or men under the guise of being a stay at home mom of school age children and we have more self respect and dignity than to act as if we are entitled to a man supporting us because of our looks and vanity. Smart women know a bad investment when they see it and don't allow themselves to suffer damages from anybody else that's dumb enough to get involved because they dumped money into an obvious bad investment that has floundered financially for years because they think with the brain below their belt instead of the one above their neck. Nobody respects an inept, gold digging fraud and that will be the day that anyone DARES to try to make ME out to be one. 😊

(inept means having or showing no skill) 😊

I do empathize with having a family and marriage destroyed because my daughter's father actually destroyed my marriage over ten years ago when he sent me an email denigrating me for becoming a teacher and under shooting my potential and my husband at the time, also a lawyer, was extremely offended and when he found his wife being insulted and ultimately opened the door to mistrust issues in a marriage that became irreconcilable. Though, we are both laughing now as my daughter's father diminished me for being a teacher now worth over $100k a year. What he couldn't realize was that my actual potential was being able to generate substantial, sustainable income- and then producing and mothering beautiful, brilliant children on top of my daughter's father went on to marry a woman who costs him more than she could ever contribute- tries to make me and my daughter compensate for her disparity between her income and her lifestyle. and cheated on her for ten years in which a child resulted. #karma us

L

Edited 4d

1 like

6 DAYS AGO



Add a comment...

Post

**EXHIBIT A-6**
**(POST NO. 6)**



jenn.angelo • Follow

**jenn.angelo** Alana made this airplane yesterday morning. She pretended to fly it to New York, then California, and then Florida. I can't take her on a real airplane because I've been using that money to cover and front for her father who owes me over ten thousand dollars in arrears child support- yet, I bet he's treating himself to a vacation. And I bet he enjoys it because he's not going to have his passport much longer unless he starts to pay his daughter what he should. As such, we're going to be certain his wife understands the truth to her husband ▮▮▮▮ being the father to Alana this time and that Alana gets everything she is entitled to, including having her father in her life because his wife's ignorant bliss is the only things standing in the way of that. His wife's name is Carine Abboud. She chooses not to believe that her husband had a relationship with me for over ten years and has a daughter with me. Please, do everyone a favor and convince this woman of the truth.

Edited · 22h

♡ ✓

1 like

1 DAY AGO

☺ Add a comment...                                                    Post

# EXHIBIT A-7
## (POST NO. 7)



jenn.angelo • Follow

jenn.angelo Boy, I can't think of a more deserving way my daughter's money is being used after it's stolen from her/me!!! 😂😂😂😂😂😂😂😂😂 omg it's soooooo bad 📷 hahahahahahahahaha #karma That's what you get for stealing a little girl's child support money and spending it on yourself instead! #Greed 😂 #straightupuglynow

"So the first shall be last and the last shall be first" Matthew 19:30

Edited 1w

# EXHIBIT A-8
# (POST NO. 8)

20/20

20/20

20/20

20/20

# I DON'T RESPECT WOMEN WHO DON'T RESPECT THEMSELVES.

**jem.angelo** • Follow

...

**jem.angelo** I don't want or need a man to save me or pamper and provide for me. I don't respect women that do, either. I'd rather a man that respects me because it's a man's job to respect a woman, but it's a woman's job to give him something to respect. Respect that I enjoy being independently successful without needing a man for that and being a phenomenal mother at the same time too. Some women are capable of both. And those are the women who get the men that don't cheat on their wives and have a secret child in another country. I just want my daughter's father to fulfill his capabilities to take care of her. It's the last piece of the puzzle that I will never give up on no matter what, or how long it takes. I sincerely do not care about anything or anyone else. If it takes doing what I need to do to make his wife come out of the first stage of grief, denial, and realize her husband does have another daughter he needs to care for so that he is able to start to actively be a father in addition to financially supporting his daughter, so be it. What kind of human, mother, and professional educator would I be if I didn't advocate for my daughter to have her father in her life knowing the potential consequences of an absent father?! Use your brain above your neck and think for once. That karma is going to be on him and the rest of his family that denies her. 🌺

Edited · 1w

**fawad.bhurgri** True

1w  Reply

♡  ○  ⊽

**2 likes**

AUGUST 28

☺  Add a comment...                                              Post

# EXHIBIT A-9
# (POST NO. 9)



### 593 likes

**carineabboud** I was organizing my pictures today and came across Xavier's newborn photoshoot pics. I couldn't resist posting this one 😍 😍 😍 Everytime I see newborn pictures I reconsider my decision regarding a third child. Than I remember what comes with this cuteness (sleepless nights, costs ...) and poof 💥 the idea of number three is gone. But we never know what the future holds 😉

.




**jenn.angelo** · Follow

**jenn.angelo** My lawyer found this post written by Alana's father's now wife stating that she doesn't want a third child and referencing to "poof" away the idea of a third child, except her husband already had a third child at the time she wrote that. Alana's father won't pay (what he should) for her because his wife announced publicly to the world that she wants the money allocated for his third child instead.

Let me be clear. There is unequivocally no woman in this world that would be jealous of a woman whose husband cheated on her for ten years and has a third child that she has no clue exists. There is no woman with dignity who would be jealous of another woman who is so obliviously dependent on a pathological liar because she is nothing but a financial liability to herself and her family. No woman with both beauty and brains is jealous of a woman with only one of the two. No intelligent, driven woman is jealous of sitting home, being worthless, having no knowledge or control over money, and of not being intellectually challenged daily. And as a beautiful woman with brains as well, I can patently say that there is certainly no woman who would be jealous of kids that aren't as beautiful as mine that also inherited their mother's stupidity on top of an unfaithful father.

Pay to support your second daughter because I'm sick of fronting the money for you so you can misallocate that money to your unprofitable adult wife. That should be going to take care of your third dependent daughter instead. How long is this charade that she doesn't cost more than she could ever make as a pretend influencer with overwhelming evidence of histrionic personality disorder and various other mental illnesses going to go on?! How many YEARS?! Because I AM SICK OF SUFFERING AND PAYING FOR THIS ADULT LIABILITY SO YOU DONT HAVE TO PAY WHAT YOU SHOULD TO YOUR DAUGHTER. My DOG could get 700 likes on Instagram. Grow up and pay for your third child. She is not what you think is a mark on your ascent to success. Marrying your wife was: Your beautiful, brilliant third daughter is, in reality, your best accomplishment if you weren't so obsessed with your facade of an image instead. Accept reality.

Edited · 4w

1 like
MAY 5

  Add a comment…

Post

# EXHIBIT A-10
## (POST NO. 10)

2:49      .ıll 5G 

### ‹ **Activity**      Filter

New



**jenn.angelo** commented: You look as if you have absolutely no clue your husband has a 4 year old daughter in the U.S. that he has fallen behind on supporting and recently abandoned. You might want to step aside from living in ignorant bliss on the internet for just a second and encourage my daughter's father, Ramsey Jurdi, to comply with US court orders filed against him before he gets so far behind in child support that he loses his passport and law license.



I cannot tolerate anyone mistreating and neglecting a child or anyone who aids in doing so. How hypocritical is it for you to spend a little girl's money on luxury for yourself instead causing a little girl to struggle? It is insanity to witness your husband paying for your luxury vacations and cosmetic procedures while he's not supporting his second daughter in any way. Please get a job that finally generates a sustainable income to support yourself and your own children so I don't have to support your lifestyle instead anymore.

And please, whatever you do, do not further humiliate yourself by believing his lies that try to cover up his affair and secret daughter. My lawyer wouldn't have file court documents if I was lying. Call the courthouse in Wilkes Barre, Pennsylvania to check. He asked for this by blackmailing me, stealing my daughter's money to support for you instead, and harming and abandoning his own daughter. I cannot tolerate anyone mistreating or neglecting a child. 33m

♡  Reply  Message



**rawyamadi** started following you. 1h      **Follow**

