# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARINE ABBOUD, | |
| Plaintiff, | CIVIL ACTION NO. 3:22-cv-01983 |
| v. | (SAPORITO, M.J.) |
| JENNIFER ANGELO YELEN, | |
| Defendant. | |

## ORDER

AND NOW, this __7th__ day of February, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion to dismiss (Doc. 23) is **GRANTED**;

2. The amended complaint (Doc. 21) is **DISMISSED** for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and

3. The plaintiff is granted leave to file a second amended complaint **within 21 days** after entry of this order, pursuant to 28 U.S.C. § 1653.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge